AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Matthew A. Sims,

V.

M. Evans, Warden

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06cv0272LAB(WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the Report and Recommendation: Respondent's motion is granted. Sim's motion is denied; the petition is dismissed with prejudice; and the Clerk of Court shall enter judgment denying the petition.................................................................................................................................................
.................................................................................................................................................

| December 22, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

B. Robinson

(By) Deputy Clerk

ENTERED ON December 22, 2006

06cv0272LAB(WMc)